# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK QUINCY WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 12-00029-KD-B |
| **ROBERT BENTLEY,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 23, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and obey this Court's Order.

**DONE** and **ORDERED** this the **18th** day of **June 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**